UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Cr. No. 07-20121-D** |
| ) | |
| **COREY BROWNLEE** ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

 **Katrina U. Earley, Assistant U.S. Attorney** applies to the Court for a Writ to have **Corey Brownlee, Bk #06119852, RNI# 192451** now being detained in the **Shelby County Jail** appear before the Honorable **James H. Allen** on **23rd**, **May, 2007** at **2:00 p.m.** for **initial appearance** and for such other appearances as this Court may direct.

 Respectfully submitted this **14th** day of **May**, 2007.

 **s/ Katrina U. Earley**
 **Assistant U. S. Attorney**
 **#19367**

---

 Upon consideration of the foregoing Application,

**DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN**

**SHERIFF/WARDEN,**

**YOU ARE HEREBY COMMANDED** to have **Corey Brownlee** appear before the Honorable James H. Allen at the date and time aforementioned.

 ENTERED this **14th** day of **May** 2007.

 **s/Diane K. Vescovo**
 **UNITED STATES MAGISTRATE JUDGE**